UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

In re:

Myrna Ivette Santiago,

Case No. 6:10-bk-12117-ABB
Chapter 7 Case

Debtor(s).

## ORDER LIFTING THE AUTOMATIC STAY
## IN FAVOR OF US BANK NATIONAL ASSOCIATION

**THIS CASE** came on for consideration on the Motion for Relief from the Automatic Stay (Document No. 12) filed by US Bank National Association, its Successors and/or Assigns ("Secured Creditor"). No appropriate response having been filed in accordance with Local Rule 2002-4, it is **ORDERED**:

1. Secured Creditor's Motion for Relief from the Automatic Stay is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Secured Creditor's interest in the real property located at 1420 40th Street, Orlando, Florida 32839, legally described as:

> **LOT 11, BLOCK 109, ANGEBILT ADDITION NO. 2, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK J, PAGE 124 OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

3. This Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to obtain an *in rem* judgment against the property, and Secured Creditor shall not seek nor obtain an *in personam* judgment against the Debtor.

**DONE AND ORDERED** in Orlando, Florida on October 19, 2010.



Arthur B. Briskman
United States Bankruptcy Judge

Copies furnished to:

Oscar A. Gomez, Esq., Attorney for US Bank National Association, Law Offices of David J. Stern, P.A., 900 South Pine Island Road, Suite 400, Plantation, FL 33324-3920

Myrna Ivette Santiago, 280 Royal Palm Drive, Apartment C, Kissimmee, Florida 34743

Leigh R. Meininger, Trustee, Post Office Box 1946, Orlando, Florida 32802-1946

U.S. Trustee, United States Trustee - ORL7, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801

Elayne M. Perez, Esq., Attorney for the Debtor(s), Elayne M. Perez, P.A., 1025 South Semoran Boulevard,Suite 1093, Winter Park, Florida 32792

10-35003 (FRB).mfr